**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 112 MAL 2019

         Respondent          :

                                      :   Petition for Allowance of Appeal from

                                      :   the Order of the Superior Court

         v.                       :

                                        :

MANUEL RIOS, JR.,             :

                                        :

         Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 28th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.